UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESSMA BENGABSIA,<br><br>                              Plaintiff,<br><br>                    -v.-<br><br>BLACKROCK, INC. et al.,<br><br>                              Defendants. | 25 Civ. 549 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

Plaintiff Essma Bengabsia brought this action on January 20, 2025.  *See* ECF No. 1.  On October 31, 2025, Defendants BlackRock, Inc. and Alexander Alli moved to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and, in the alternative, to strike certain allegations pursuant to Federal Rule of Civil Procedure 12(f).  *See* ECF No. 20.  On November 21, 2025, Plaintiff filed an amended complaint.  *See* ECF No. 25.  Accordingly, Defendants' motion to dismiss the complaint, ECF. No. 20, is hereby DENIED as moot.  *See* ECF No. 24.

The Clerk of Court is directed to terminate ECF No. 20.

SO ORDERED.

Dated:  December 10, 2025
          New York, New York

_____
JENNIFER H. REARDEN
United States District Judge